IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRICIA CHERUNDOLO | : | CIVIL ACTION NO. 1:14-cv-1118 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is an August 31, 2015 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. **ACCORDINGLY**, this 21st day of September, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2) The appeal is **DENIED**, as the ALJ's decision is supported by substantial evidence; and

3) The Clerk of Court shall **CLOSE** this case.

                                                            s/ Yvette Kane
                                                            YVETTE KANE, District Judge
                                                             United States District Court